IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANBUR AGOLE SHIRE, | : | |
|     Petitioner | : | |
| | : | No. 1:17-cv-01984 |
| v. | : | |
| | : | (Judge Rambo) |
| THOMAS R. DECKER, et al., | : | |
|     Respondents | : | |

## ORDER

**AND NOW**, this 23rd day of January 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Sanbur Agole Shire's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 3), is **GRANTED IN PART** to the extent that Petitioner shall be afforded an individualized bond hearing before an immigration judge within thirty (30) days of the date of this Order;

2. At the bond hearing, the immigration judge must make an individualized inquiry into whether detention is still necessary for purposes of ensuring that Petitioner attends removal proceedings and that his release will not pose a danger to the community. Chavez–Alvarez v. Warden York Cnty. Prison, 783 F.3d 469, 475 (3d Cir. 2015). Further, the government bears the burden of demonstrating that Petitioner's continued detention is necessary to fulfill the purposes of the detention statute. Diop v. ICE/Homeland Sec., 656 F.3d 221, 233 (3d Cir. 2011); and

3. The Clerk of Court shall **CLOSE** this case.

                                          s/Sylvia H. Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge